IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRED L. BROOKS,

    Plaintiff,
v.                                                                       CASE NO. 4:06-cv-00297-MP-WCS

ANNIE KEYS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends dismissing Plaintiff's complaint without prejudice for failure to obey a court order and failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Wednesday, August 2, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. Here, however, no objections were filed.

In Doc. 3, Plaintiff was ordered to either pay the filing fee, file a motion for leave to file *in forma pauperis*, or to file a notice of voluntary dismissal of this action. Plaintiff has failed to respond to this order. Plaintiff was specifically instructed that failure to respond to the order would result in dismissal of his action. Because Plaintiff has not shown cause for his continued failure to respond to the Court's order, Plaintiff's complaint is dismissed without prejudice. Therefore, having considered the Report and Recommendation and the lack of objections filed thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Plaintiff's complaint is dismissed without prejudice.

**DONE AND ORDERED** this  _5th_  day of September, 2006

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge